1050

*In the Matter of the Marriage of* ELIZABETH M. DE SANTO, *Respondent, and* JOHN A. DE SANTO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–68387, Ward Roney, J., entered April 15, 1975. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL TIDYMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 61065, Charles Z. Smith, J., entered November 16, 1972. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY G. RAINWATER, *Defendant*, BOBBY L. COTTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75937, Jerome M. Johnson, J., entered June 18, 1976. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Swanson, J.